IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERTO TREJO, <br> # 266435, <br>     Plaintiff, <br> v. <br> ARNALDO MERCADO and <br> PHYLLIS BILLUPS, <br>     Defendants. | CASE NO. 2:16-CV-926-WKW <br> [WO] |

## **ORDER**

On June 21, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 27.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 26th day of July, 2017.

                                               /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE